1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bobbie Joann Harris, | No. CV-21-08147-PCT-DLR (JZB) |
| Plaintiff, | **ORDER** |
| v. | |
| Commissioner of Social Security Administration, | |
| Defendant. | |

Magistrate Judge John Z. Boyle issued a report and recommendation ("R&R") recommending that the Commissioner's decision be reversed, and this matter remanded to the agency with instructions to award benefits. (Doc. 31.) Judge Boyle advised the parties that they had 14 days in which to file written objections to the R&R. That deadline has passed and neither party has objected to the R&R. The Court nonetheless has reviewed the R&R and finds its recommendations well-taken. Accordingly,

**IT IS ORDERED** that the R&R (Doc. 31) is **ADOPTED**, the Commissioner's decision is **REVERSED**, and this matter is **REMANDED** to the agency for an award of benefits. The Clerk shall enter judgment accordingly and terminate this case.

Dated this 29th day of August, 2023.

Douglas L. Rayes
United States District Judge